JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ESPINOZA MARTINEZ,<br><br>            Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, Warden,<br><br>            Respondent. | **Case No. CV 16-02553 JLS (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: May 2, 2017

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE